UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **OFFICER JAMES DIORIO,**<br><br>   *Plaintiffs*,<br><br>v.<br><br>**JOSHUA LAMBERG, et al.,**<br><br>   *Defendants*. | **Civil Action No. 18-10395(MCA)**<br><br>**ORDER** |

  **THIS MATTER** comes before the Court by way of Plaintiff's James Diorio motion to remand, Dkt. No. 5;

  and it appearing that Judge Dickson issued a Report and Recommendation dated November 7, 2018, in which Judge Dickson recommended that this Court grant Plaintiff's motion, Dkt. No. 5; and

  it appearing that neither Defendant nor Plaintiff have filed any objections to the Report and Recommendation; and

  it appearing that for the reasons set forth in Judge Dickson's Report and Recommendation;

  **IT IS** on this 27th day of December, 2018,

  **ORDERED** that Judge Dickson's Report and Recommendation dated November 7, 2018, is **ADOPTED** and Plaintiffs' motion is **GRANTED**.

                *s/ Madeline Cox Arleo*_____
                **Hon. Madeline Cox Arleo**
                **United States District Judge**